## *Maureen Anello*

362 Alba Court
West Grove, PA 19390
(484) 667-8162
maureenanello@yahoo.com

September 28, 2007

Mr. Peter T. Dalleo
Court Clerk
U.S. District Court District of Delaware
J. Caleb Boggs, Federal Building
844 N. King Street
Wilmington, DE 19801

Re: <u>Case Number 07-508(GMS) - FORMA PAUPERIS Application (28 U.S. C. § 1915)</u>

Dear Mr. Dalleo;

Attached is a copy of my petitioner's Forma Pauperis Application (28 U.S. C. § 1915) which was filed on August 20, 2007 for the court's review. As of date, I have not received any response from the court regarding the status of my motion. Should the court have any questions regarding the above application, I would like the court to know that I am available anytime for either a chambers or teleconference. Thank you for your attention to this matter.

Sincerely,

Maureen Anello
*Pro se Plaintiff*
Enclosure



RECEIVED
OCT - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

William J. Anello
Maureen A. Anello
362 Alba Court
West Grove, PA 19390

SOUTHEASTERN PA 193
29 SEP 2007 PM 3 T

Mr. Peter T. Dalleo
Court Clerk
U.S. District Court District of Delaware
J. Caleb Boggs, Federal Building
844 N. King Street
Wilmington, DE 19801