IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.A., by and through her parents and next friends William and Maureen Anello, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civ. Action No. 07-508-GMS |
| ) | |
| INDIAN RIVER SCHOOL DISTRICT and ) SUSAN S. BUNTING, ) ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 11th day of Oct., 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915 filed by Maureen Anello (D.I. 1);

IT IS ORDERED that:

1. The application is **DENIED without prejudice** based upon the following: a) it is not clear from the application if Maureen Anello or if G.A. is the recipient of the monies (i.e., SSDI) listed in 3.d., b) Maureen Anello refers to a case filed in the Bankruptcy Court of the Eastern District of Pennsylvania, but provides no documentation or information regarding the same, c) the complaint is filed pursuant to Fed. R. Civ. P. 17(c), by and through William Anello and Maureen Anello, who proceed *pro se*[1] but William Anello did not submit an application to

---

[1] Parents cannot appear *pro se* on behalf of their minor children because a minor's personal cause of action is his or her own and does not belong to his or her parent or representative. *Collinsgru v. Palmyra Bd. of Educ.*, 161 F.3d 225, 231 (3d Cir. 1998); *Osei-Afriyie by Osei-Afriyie v. Medical Coll. of Pennsylvania*, 937 F.2d 876 (3d Cir. 1991); *Shepherd v. Wellman*, 313 F.3d 963 (6th Cir. 2002); *Jones v. Syntex Laboratories, Inc.*, 1 Fed. Appx. 539 (7th Cir. 2001); *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997); *Cheung v. Youth Orchestra Foundation of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990); *Meeker v.*

proceed without prepayment of fees under 28 U.S.C. § 1915, d) it is not clear if the household consists of two adults and two dependents, and e) William Anello and Maureen Anello, as parents and next friends of G.A., are jointly and severally liable for the $350.00 filing fee.

    2. William Anello and Maureen Anello shall submit separate applications to proceed without prepayment of fees and affidavit within thirty days from the date of this order. The Clerk of the Court is directed to send application forms to William Anello and Maureen Anello.

**William Anello and Maureen Anello are placed on notice that failure to respond to this order within the thirty day time period may result in dismissal of the case.**

_____
UNITED STATES DISTRICT JUDGE

```
FILED

OCT 1 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

---

*Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (*per curiam*).