IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.A., by and through her parents and next friends William and Maureen Anello,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDIAN RIVER SCHOOL DISTRICT and SUSAN S. BUNTING,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No. 07-508-GMS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

WHEREAS, the parents of the plaintiff G.A. filed this cause of action without prepayment of the filing fee;

WHEREAS, on October 11, 2007, the court entered an order denying an application to proceed without prepayment of the filing fee filed by Maureen Anello (D.I. 5);

WHEREAS, the court ordered the parents of the plaintiff G.A. to submit separate applications to proceed without prepayment of the filing fee within thirty (30) days from the date of the order or the case would be dismissed (D.I. 5);

WHEREAS, to date, separate applications have not been received from the parents of the plaintiff G.A.

THEREFORE, at Wilmington this 20th day of Nov., 2007, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE for non-compliance with the October 11, 2007 order.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ 
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF, UNITED STATES DISTRICT JUDGE

FILED

NOV 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE